IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11051
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO MARTINEZ,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-117-R
- - - - - - - - - - -
October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Roberto Martinez appeals his sentence for
conspiracy to distribute methamphetamine.  He argues that the
district court erred: 1) in refusing to give him a 3-point
adjustment for acceptance of responsibility; 2) in calculating
the amount of drugs, because it impermissibly included quantities
of drugs not specified in the count of conviction; and 3) in
giving him a four-level enhancement for being a leader in the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

conspiracy because there was inadequate evidence to support such.

The Government's motion to dismiss the appeal because Martinez waived his right to appeal on the grounds raised is GRANTED.  See United States v. Portillo, 18 F.3d 290, 292-93 (5th Cir. 1994).

MOTION GRANTED; APPEAL DISMISSED.